# Thomas J. Gaffney

Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

1109/053
$7.04
12/8/10

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY         December 8, 2010
300 Pearl Street, Suite 250
Buffalo, New York 14202

    Re:   MORGANTE, LINDA M. _____ /Case # 09-10659MJK
          Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $7.04 I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    __X__ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

| Claimant: Blockbuster | Amount $7.04 | Claims Register #14 |

                                            THOMAS J. GAFFNEY
                                            Trustee



FILED DEC 8 2010 BANKRUPTCY COURT BUFFALO, N.Y.